Certificate Number: 05781-ARW-DE-041220981

Bankruptcy Case Number: 26-71142



05781-ARW-DE-041220981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2026, at 2:37 o'clock PM PDT, Anne Brown completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Arkansas.

Date: July 18, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President