Certificate Number: 05781-ARW-DE-041223283

Bankruptcy Case Number: 26-71383



05781-ARW-DE-041223283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 5:30 o'clock PM PDT, Robert Drake completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Arkansas.

Date:  July 19, 2026                    By:     /s/Allison M Geving

Name:  Allison M Geving

Title:   President